# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00557-CR

**Chandell Allen, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT
### NO. 3040396, HONORABLE FRED A. MOORE, JUDGE PRESIDING

## D I S S E N T I N G   O P I N I O N

With all respect to the majority's thorough analysis of each "link" between Allen and the contraband, I would hold that the combined and cumulative force of all of the evidence, when viewed in the light most favorable to the verdict, is legally sufficient to support Allen's conviction. *See Evans v. State*, 202 S.W.3d 158, 164 (Tex. Crim. App. 2006). When viewing the evidence in a neutral light, I would also hold that the evidence is factually sufficient. Accordingly, I would affirm the judgment of the district court.

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices Pemberton and Onion

Filed:   March 7, 2008

Publish